Núm. 2.—PUEBLO, querellante *v.* RUBERT HERMANOS, INC., dmda. —Original. Julio 13, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vistas las excepciones previas formuladas por la corporación demandada en contra de la querella enmendada radicada en este caso, y examinados los alegatos presentados por ambas partes en pro y en contra de dichas excepciones;

POR CUANTO, las excepciones previas formuladas en este caso son idénticas a las formuladas por las partes querelladas en el caso de *Quo Warranto* núm. 1, *El Pueblo de Puerto Rico* v. *The Fajardo Sugar Company of Porto Rico et al.* (ante, pág. 876), por las razones y fundamentos expresados en la opinión emitida en el día de ayer en el referido caso de *Quo Warranto* núm. 1, se desestiman todas y cada una de las excepciones previas formuladas por la demandada y se concede a ésta el término de treinta días para contestar la querella.

El Juez Asociado Sr. Wolf está conforme con el resultado. El Juez Asociado Sr. Córdova Dávila no intervino.